In the Matter of DELMA STUDIOS, INC., et al., Appellants, against ANDREW G. CLAUSEN, JR., et al., Constituting the Board of Education of the City of New York, et al., Respondents.

Argued May 24, 1955; decided July 8, 1955.

694

[redacted]

*Arnold R. Streit, Aaron Benenson* and *Harold G. Israelson* for appellants.

*Peter Campbell Brown, Corporation Counsel (Edward J. McLaughlin* and *Seymour B. Quel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD and VAN VOORHIS, JJ.; FROESSEL, J., dissents and votes to reverse upon the reasoning of the dissenting opinion in the Appellate Division. Taking no part: BURKE, J.